Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Kenneth Wright

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH WRIGHT,<br><br>Defendant. | Case No. 2:12-cr-00316-WBS<br><br>STIPULATION AND ORDER FOR MODIFICATION TO TERMS OF SUPERVISED RELEASE |

It is hereby stipulated by and between the defendant, through his attorney Timothy E. Warriner, and the government, through its attorney Jared Dolan, Assistant United States Attorney, that the terms of Mr. Kenneth Wright's supervised release be modified to include the following: *You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services office.*

*///*

*///*

*///*

*///*

1

The foregoing language has been approved by the United States Pretrial Services Officer.

DATED: October 5, 2012                /s/ Timothy E. Warriner, Attorney for
                                      Defendant, Kenneth Wright

DATED: October 5, 2012                /s/ Jared C. Dolan, Assistant U.S. Attorney

IT IS SO ORDERED

DATED: October 5, 2012                /s/ Carolyn K. Delaney
                                      UNITED STATES MAGISTRATE JUDGE