NITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | NO. CR. 2:12-00316 WBS |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JAYMAR BROWN, JENNIFER BROWN, and BRANDY MINER, | |
| Defendants. | |

----oo0oo----

The undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such reassignment.

Any dates previously set in this case are hereby VACATED.

DATED: April 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE