BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case NO. CR.S-12-cr-316 LKK |
| v. | Order After Hearing |
| MICHELLE WRIGHT, et al, Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, April 16, 2013, in case number S-12-0316 LKK. At that time, based upon the representations and agreement of counsel, the Court ordered that the case be continued to Tuesday, June 11, 2013, at 9:15 a.m., and that the time beginning April 16, 2013, and extending through June 11, 2013, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare. 18 U.S.C. § 3161(h)(7)(B)(iv); Local

Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress. A voluminous amount of discovery has been provided to counsel and all counsel stated that more time is needed to review the material and determine issues of both guilt and sentencing exposure. Accordingly, a continuance is also necessary to ensure defense counsels' effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that this case is continued to Tuesday, June 11, 2013, at 9:15 a.m., and that the time beginning April 16, 2013, and extending through June 11, 2013, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 7, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT