BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. CR.S-12-cr-316 LKK |
| Plaintiff, | Order After Hearing |
| v. | |
| MICHELLE WRIGHT, et al, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, June 11, 2013, in case number S-12-0316 LKK. At that time, based upon the representations and agreement of counsel, the Court ordered that the case be continued to Tuesday, July 23, 2013, at 9:15 a.m. for defendants Michelle Wright, Janeigh Mendoza, Kenneth Wright, and Brandy Miner, and that the time beginning June 11, 2013, and extending through July 23, 2013, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161. As to defendant Jaymar Brown, the Court set a briefing schedule for

1

defense motions, with Jaymar Brown's initial motion to be filed on July 11, 2013, the government's response due by July 25, 2013, defendant Jaymar Brown's reply due August 1, 2013, and a motion hearing set for August 13, 2013 at 9:15 a.m.  The time beginning June 11, 2013 and extending through August 13, 2013 was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' and the defendant's need to prepare.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress.  A voluminous amount of discovery has been provided to counsel and all counsel stated that more time is needed to review the material and determine issues of both guilt and sentencing exposure.  Defendant Jaymar Brown, who is proceeding pro-se, needs additional time to research and file his motions, and prepare for trial.  Accordingly, a continuance is also necessary to ensure defense counsels' and the defendant's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that this case is continued to Tuesday, July 23, 2013, at 9:15 a.m., as to Michelle Wright, Janeigh Mendoza, Kenneth Wright, and Brandy Miner, and that the time beginning June 11, 2013, and extending through July 23, 2013, be excluded from the calculation of time under the Speedy Trial Act. It is further ordered that this case is continued to August 13, 2013 at 9:15 a.m. as to Jaymar Brown and that the time beginning on June

11, 2013 and extending through August 13, 2013, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting these continuances outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 20, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT