Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Michelle Wright<br>Defendant. | Case No.: CR.S. 12-316 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br>DATE: August 6, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. Judge Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari Rusk, attorney for defendant Michelle Wright; Candace Fry, attorney for defendant Janeigh Mendoza and Erin Radekin, attorney for defendant Kenneth Wright, that the previously-scheduled status conference date of July 23, 2013, be vacated and the matter set for status conference on August 6, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. The Government concurs with this request. Further, the parties agree and stipulate the ends of justice served by the granting of such

a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'stipulation, July 23, 2013, to and including August 6, 2013. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 19, 2013

Respectfully submitted,
/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
MICHELLE WRIGHT

/s/ Candace Fry
CANDACE FRY
Attorney for Defendant
JANEIGH MENDOZA

/s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
KENNETH WRIGHT

**ORDER**

IT IS SO ORDERED.

DATED: July 19, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT